**MEMO ENDORSED**

7:22-cv-7681 (VR)

**LAW OFFICE OF DENNIS C. BARTLING**
ATTORNEYS AND SUPPORT STAFF ARE EMPLOYEES OF
GOVERNMENT EMPLOYEES INSURANCE COMPANY
2 HUNTINGTON QUADRANGLE,
MELVILLE, NEW YORK 11747
TELEPHONE: 516-229-4402
FACSIMILE: 855-305-2687

SUSAN DUNCAN

Magistrate Judge Victoria Reznik
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

  Re: Lhotan v Cahill
    Date of Loss: 12/19/18
    Claim No.: 0089912170101232
    Our File No.: 23-0026084

Dear Hon. Victoria Reznik:

This office represents the third-party defendant, Dana J. Laporta, in the above matter. The Court has scheduled a status conference on October 18, 2023 at 11 am. As I have a previously scheduled mediation conference in another matter before the Court, *Cuevos-Santos v Jackson*, docket number 7:22-cv-05166-NSR, at 12:15 that day, I write to request an adjournment of the conference in *Lhotan v. Cahill*. This is the first request for an adjournment, and all other parties consent to the adjournment. The parties are available on November 2, 2023, and November 7, 2023.

  Respectfully submitted,

  LAW OFFICE OF DENNIS C. BARTLING

  *Susan Duncan*
  Susan Duncan, Esq.

CC:
Raneri, Light & O'Dell, PLLC
Attorneys for Plaintiffs
150 Grand Street, Suite 502
White Plains, New York 10601

Gallo Vitucci Klar LLC
Attorneys for Defendants
Michale Cahill and Elite Limousine Service, Inc.
90 Broad Street - 12th Floor
New York, New York 10004

The parties' request to adjourn the October 18, 2023, telephonic Status Conference is **GRANTED**. The telephonic Status Conference is adjourned to **November 7, 2023, at 11:30 AM**.

APPLICATION GRANTED

Dated: October 16, 2023   Hon. Victoria Reznik, U.S.M.J.