UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Lhotan, et al.,

                                    Plaintiffs,                    **ORDER RE STATUS CONFERENCE**

                    -against-

,                                                                          7:22-cv-07681-NSR-VR
Cahill, et al.

                                    Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **February 8, 2024 at 10:00**

**AM.**  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference.

        **SO ORDERED.**

DATED:        White Plains, New York
              January 2, 2024

              _____
              VICTORIA REZNIK
              United States Magistrate Judge