USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Lhotan, et al,

                                  Plaintiffs,

            -against-

Cahill, et al.,

                                 Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:22-cv-07681-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

**PLEASE NOTE NEW DIAL IN INFORMATION. THE DATE AND TIME OF THE CONFERENCE HAS NOT CHANGED.**

A Status Conference (via telephone) is hereby scheduled **March 7, 2024 at 12 pm.** The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID **115 416 205 4** and then # to enter the conference.

       **SO ORDERED.**

DATED:    White Plains, New York
               February 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge