UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Lhotan, et al.,

                            Plaintiffs,

      -against-

Cahill, et al.,

                            Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:22-cv-07681-NSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Conference (via telephone) is hereby scheduled for **March 21, 2024 at 11:00 AM** to discuss discovery issues raised in DE #49. The parties are to dial in to ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

    **SO ORDERED.**

DATED:    White Plains, New York
               March 11, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge