**MEMO ENDORSED**

# RANERI, LIGHT & O'DELL, PLLC

MICHAEL J. RANERI ϕ
DENNIS W. LIGHT †
KEVIN D. O'DELL »
EDWARD A. FREY *

150 Grand Street, Suite 502
White Plains, New York 10601
Phone: (914) 948-5525
Fax: (914) 948-5505
website: www.rlslawoffice.com
email: office@rlslawoffice.com

ADMITTED IN:
* NY
† NY, NJ & CT
» NY & NJ
ϕ NY & DC

March 11, 2024

The Honorable Victoria Reznik
United States Magistrate Judge
Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:   *Lhotan et al v. Cahill et al*
            Case No.: 7:22-cv-07681-NSR

Dear Magistrate Reznik:

    Please allow this letter to serve as our office's request for an adjournment of the telephone conference currently scheduled for March 21, 2024, at 11:00am. The undersigned will be out-of-state visiting my son at college. We respectfully request an adjournment to a date during the first week in April.

    Thank you for your consideration.

Very truly yours,
RANERI, LIGHT & O'DELL, PLLC

Kevin D. O'Dell

KDO/sj
CC: mfinegan@gvlaw.com

Plaintiff's request to adjourn the March 21, 2024, telephonic Status Conference is **GRANTED**. The conference is adjourned to **March 27, 2024, at 3:00 PM**. The parties are directed to refer to ECF No. 50 for information on how to join the call.

APPLICATION GRANTED



**Dated:** March 12, 2024

Hon. Victoria Reznik, U.S.M.J.