```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Joseph F. Lhotan,

                        Plaintiff,

    -against-

Michael J. Cahill, Elite Limousine Service, Inc.,

                        Defendants.

-----------------------------------------------------------------X

7:22-CV-7681-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On March 28, 2024, the Court directed Plaintiff to submit a letter to the Court, by no later than April 30, 2024, providing the undersigned with an update on the status of the depositions of Mr. Marra and Ms. LaPorta. (ECF No. 55). The Court has not yet received Plaintiff's letter. Plaintiff is reminded to submit his status letter, which is now due on **May 3, 2024**.

      SO ORDERED.

DATED:    White Plains, New York
                May 1, 2024

                                                  _____
                                                  VICTORIA REZNIK
                                                  United States Magistrate Judge