```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Joseph F. Lhotan,

                Plaintiff,

    -against-

Michael J. Cahill, Elite Limousine Service, Inc.,

               Defendants.

------------------------------------------------------------------X

7:22-CV-7681-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    On May 2, 2024, the Court directed Plaintiff to submit a letter to the Court, by no later than June 7, 2024, providing the undersigned with an update on the status of the depositions of Mr. Marra and Ms. LaPorta. (ECF No. 63). The Court has not yet received Plaintiff's letter. Plaintiff is reminded to submit his status letter, which is now due on **June 21, 2024**.

    SO ORDERED.

DATED:    White Plains, New York
                June 18, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge